UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                   ORDER
  v.                  07-CR-192

RHAMELLE LAMONT JACKSON,

      Defendant.

---

  The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(A).  On September 28, 2007, defendant filed a motion to suppress all evidence.  Magistrate Judge Schroeder filed a Report and Recommendation, recommending that defendant's motion to suppress be denied.

  The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties.  No objections having been timely filed, it is hereby

  ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, defendant's motion to suppress is denied.  The case is referred back to the Magistrate Judge Schroeder for further proceedings.

SO ORDERED.

                                        s/ *Richard J. Arcara*  
                                        HONORABLE RICHARD J. ARCARA  
                                        CHIEF JUDGE  
                                        UNITED STATES DISTRICT COURT

DATED:  March   3  , 2008